IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.,*

          Plaintiffs,

v.

JOHN ABBOTT, *et al.*,

          Defendants.

68cv7488 BB-ACE
Rio Santa Cruz Adjudication

and

70cv8650 BB-ACE
Rio de Truchas Adjudication

Consolidated

## ORDER

**THIS MATTER** comes before the Court on the Motion to Withdraw as Counsel (Doc. No. 2590, filed February 5, 2009). Stephen C. Ross, Santa Fe County Attorney, seeks an order allowing the withdrawal of Assistant County Attorney Sue A. Herrmann from representation of Defendant Santa Fe County on the grounds that Ms. Hermann is no longer employed by Santa Fe County and that Mr. Ross will continue his representation of Santa Fe County. The Court will **GRANT** the Motion.

    **IT IS SO ORDERED.**

                                                      **BRUCE D. BLACK**
                                                      **UNITED STATES DISTRICT JUDGE**