IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.*,

        Plaintiffs,

v.

JOHN ABBOTT, *et al.*,

        Defendants.

68cv7488 BB-ACE
Rio Santa Cruz Adjudication

and

70cv8650 BB-ACE
Rio de Truchas Adjudication

Consolidated

## ORDER

**THIS MATTER** comes before the Court on the State of New Mexico's ("State") Motion for Order Directing Special Master to Complete Report (Doc. No. 2629, filed June 19, 2009). The Court will **GRANT** the Motion.

Special Master Gabin shall complete her report on priority dates and water allocation customs for the five Truchas acequias within six months of entry of this Order. She shall file a report within six months after completion of an evidentiary hearing or other matter submitted to her for recommendation or approval.

**IT IS SO ORDERED.**

                                              **BRUCE D. BLACK**
                                              **UNITED STATES DISTRICT JUDGE**