IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO on the relation of State Engineer, | ) ) ) 68cv07488-BB |
| Plaintiff, | ) 70cv08650-BB ) Consolidated |
| v. | ) ) RIO SANTA CRUZ |
| JOHN ABBOTT, et al., | ) RIO DE TRUCHAS ) |
| Defendants. | ) ) |

## ORDER

**THIS MATTER** comes before the Court on the letter to Chief Judge Martha Vazquez from Mr. Peter B. Shoenfeld, dated October 21, 2009, attached as Exhibit 1.  Mr. Shoenfeld requests that the Court "require by local rule that counsel filing a pleading or other document identify the party to whom the pleading pertains."  A local rule is unnecessary.  Pursuant to this Order, all persons, including the Court and the Special Master, filing documents which pertain to particular individuals or subfiles in this case shall identify the parties to whom the document pertains and, as appropriate, the subfile numbers associated with the affected party, in the docket entry text.  See Exhibit 1 for examples of sufficiently detailed docket entries.

**IT IS SO ORDERED.**

_____
DISTRICT JUDGE

Recommended for entry:

_____
SPECIAL MASTER