# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.*,

                    Plaintiffs,

     v.

JOHN ABBOTT, *et al.*,

                    Defendants.

68cv7488 BB
Rio Santa Cruz Adjudication

and

70cv8650 BB
Rio de Truchas Adjudication

Consolidated

## <u>ORDER</u>

      **THIS MATTER** comes before the Court on the State of New Mexico's Motion for Extension of Time (Doc. No. 2732, filed April 23, 2010).  The Court will **GRANT** the Motion.

      All parties shall have until July 28, 2010, to file objections to, or motions to adopt or modify, the Special Master's Report on Rio de Truchas Acequias Priorities and Customary Allocation Practices (Doc. No. 2728, filed April 2, 2010).  Responses shall be filed by September 29, 2010.  Replies shall be filed by October 29, 2010.

      **IT IS SO ORDERED.**

                                          _____

                                          **BRUCE D. BLACK**
                                          **UNITED STATES DISTRICT JUDGE**