# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *ex rel.*
State Engineer, *et al.*,

        Plaintiffs,

v.

JOHN ABBOTT, *et al.*,

        Defendants.

68cv7488 BB/LFG
Rio Santa Cruz Adjudication

and

70cv8650 BB/LFG
Rio de Truchas Adjudication

Consolidated

## ORDER

**THIS MATTER** comes before the Court on the State of New Mexico's Notice And Suggestion For Procedure For Appointment Of Special Master (Doc. No. 2898, filed June 22, 2011).

The State of New Mexico requests that the Court "allow the parties to participate in a collective process [similar to the opportunity afforded to the parties in the Aamodt Adjudication] to identify, interview and make recommendations concerning Special Master candidates." (Notice at 1-3 (counsel for the United States concurring); *see also* Concurrence of Ohkay Owingeh in Suggestion for Appointment of Special Master, Doc. No. 2899, filed June 27, 2011). The State also proposes that "the Court form a committee of parties to advertise, review applications, conduct interviews, draft a proposed Order of Reference, and recommend a candidate(s) to the Court." (Notice at 2).

The Court declines to appoint specific parties to a Special Master search committee. However, interested parties are free to form a committee to identify and recommend candidates and to submit a proposed order of reference to the Court. All recommendations, whether by a committee or individual parties or both, for Special Master and proposed orders of reference shall be filed by April 13, 2012.

**IT IS SO ORDERED.**

**BRUCE D. BLACK
CHIEF UNITED STATES DISTRICT JUDGE**