IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO ex rel.,<br>STATE ENGINEER, et al., | CIVIL NO.   68-7488 MV/LFG<br>Rio Santa Cruz Adjudication |
| Plaintiffs, | |
| | and |
| vs. | |
| | CIVIL NO.   70-8650 MV/LFG |
| JOHN ABBOTT, et al., | Rio de Truchas Adjudication |
| Defendants. | CONSOLIDATED |

## ORDER GRANTING MOTION TO WITHDRAW

THIS MATTER comes before the Court on Stelzner, Winter, Warburton, Flores, Sanchez & Dawes, P.A.'s Motion to Withdraw as Counsel.   [Doc. 2945].

Jaime L. Dawes filed a motion for Stelzner, Winter, Warburton, Flores, Sanchez & Dawes, P.A. to withdraw as counsel of record for the Acequia del Llano de Abeyta ("Abeyta") in this case. [Doc. 2945].  The motion states: (1) they believe they can no longer represent Abeyta in this matter; and (2) Abeyta has been notified of the withdrawal, but has not consented to the withdrawal.  Review of the docket shows that no other attorney has entered an appearance on behalf of Abeyta.

The Court notified Abeyta that it can only appear in this case with an attorney. [Doc. 2947]; see D.N.M.LR-Civ. 83.7 (a "corporation, partnership or business entity other than a natural person must be represented by an attorney authorized to practice before this Court").   The Court also notified Abeyta that if the Court grants Mr. Dawes' motion to withdraw, and if Abeyta is not represented by a substitute attorney, any filings made by Abeyta may be stricken and default judgment or other sanctions imposed.   See D.N.M.LR-Civ. 83.8(c).

The Court ordered Abeyta to, within 30 days of entry of this Order, have a federally

licensed attorney enter his or her appearance, or show cause why the Court should not dismiss Abeyta's claims without prejudice for failure to comply with the District of New Mexico's Local Rule of Civil Procedure that a corporation, partnership or business entity other than a natural person can appear only with an attorney. [Doc. 2947]. Because Abeyta did not comply with the Court's Order to Show Cause, the Court will grant Stelzner, Winter, Warburton, Flores, Sanchez & Dawes, P.A.'s Motion to Withdraw as Counsel [Doc. 2945].

The Clerk of the Court shall mail a copy of this Order to:

Acequia del Llano de Abeyta
c/o Perry Trujillo
61 Country Road 8
Espanola, NM 87532.

IT IS SO ORDERED.

*Lorenzo F. Garcia*
Lorenzo F. Garcia
United States Magistrate Judge