# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel.,
STATE ENGINEER, et al.,

        Plaintiffs,

vs.

JOHN ABBOTT, et al.,

        Defendants.

CIVIL NO.  68-7488 MV/JHR
Rio Santa Cruz Adjudication

and

CIVIL NO.  70-8650 MV/JHR
Rio de Truchas Adjudication

CONSOLIDATED

## ORDER STAYING PROCEEDINGS

Chief United States District Judge William P. Johnson entered a Temporary Administrative Order Relating to Civil Cases Involving the United States on December 27, 2018. The Administrative Order is attached. As a result of the Administrative Order, all proceedings in this case are temporarily stayed. The Court will notify the Parties when the temporary stay is lifted.

**IT IS SO ORDERED.**

_____
**JERRY H. RITTER**
**UNITED STATES MAGISTRATE JUDGE**