# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| STATE OF NEW MEXICO ex rel., STATE ENGINEER, et al., | CIVIL NO. 68-7488 MV/JHR Rio Santa Cruz Adjudication |
| Plaintiffs, | and |
| vs. | CIVIL NO. 70-8650 MV/JHR |
| JOHN ABBOTT, et al., | Rio de Truchas Adjudication |
| Defendants. | CONSOLIDATED |

## ORDER FOR STATUS REPORT

**THIS MATTER** is before the Court on the Joint Status Report, Doc. 2993, filed December 10, 2018, and the City of Espanola's Status Report, Doc. 2994, filed December 10, 2018.

The Parties to the Joint Status Report state that they are committed to continuing the negotiation process and that the resumption of litigation would hamper their efforts to resolve Ohkay Owingeh's water rights claims through negotiations. They also state that they "believe that progress on all of the outstanding issues would be facilitated by the assistance of a professional facilitator, and some of the Parties are actively discussing this step."

The City of Espanola "has concerns that the settlement negotiations are not progressing with the City because Ohkay Owingeh's factual claims are ever-expanding and the legal bases of some of these claims are uncertain." The City of Espanola "does not believe the Court needs to schedule the filing and briefing of motions for summary judgment or other dispositive motions within the next six months." All Parties suggest that the Court require the filing of a joint status report on June 10, 2019.

The Parties shall, by June 10, 2019, file a joint status report addressing the following: (1)

settlement negotiations; (2) scheduling dispositive motions; (3) rescheduling the trial; (4) an update on the Parties' expectations of the timing of a settlement agreement; and (5) any other matters the Parties wish to bring to the Court's attention. In the event the Parties are unable to agree on a joint status report, they may file individual status reports.

**IT IS SO ORDERED.**

_____
**JERRY H. RITTER**
**UNITED STATES MAGISTRATE JUDGE**